IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-00684-EWN-OES

JOSEPH STEINBACH, JR.,

Plaintiff(s),

v.

OMNI PROPERTIES,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  July 6, 2005

      On July 6, 2005, the Court heard argument regarding Plaintiff's Motion to Amend Complaint to add Defendant [Doc. #25, filed 11/2/04].  For reasons stated on the record, the motion is DENIED.