IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00684–EWN-OES

JOSEPH STEINBACH, JR.,

    Plaintiff,

v.

OMNI PROPERTIES,

    Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Teri Bates, Secretary

The hearing on Plaintiff's "Motion to Vacate and Continue Trial" (Docket No. 57), filed October 13, 2005, is set for Thursday, November 3, 2005, from 2:00 o'clock p.m. to 2:15 o'clock p.m..

Dated: November 1, 2005