# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00684-EWN-MEH

JOSEPH STEINBACH, JR.

      Plaintiff,

v.

OMNI PROPERTIES, INC,

      Defendant.

---

## ORDER OF DISMISSAL, WITH PREJUDICE

---

On stipulation of the parties, and good cause appearing,

**IT IS ORDERED** that this case is hereby dismissed, with prejudice, each party to bear his or its own attorneys' fees and costs.

Dated this 11th day of May, 2006.

              s/ Edward W. Nottingham
              EDWARD W. NOTTINGHAM
              United States District Judge